IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BUETTIKOFFER, Co-Special Administrator of the Estate of Jenera L. Buettikoffer, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>THE McCLATCHY COMPANY and CYPRESS MEDIA, LLC, d/b/a The Belleville News-Democrat,<br><br>Defendants. | CIVIL NO. 08-374-GPM |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On July 8, 2008, the Court held a status conference in this matter to determine whether subject matter jurisdiction exists. *See Hammes v. AAMCO Transmissions, Inc.*, 33 F.3d 774, 778 (7th Cir. 1994) ("the court has an independent duty to satisfy itself that it has subject-matter jurisdiction"); *see also Ricketts v. Midwest Nat'l Bank*, 874 F.2d 1177, 1181 (7th Cir. 1989). The first problem was determining the identity of the parties to the action. It is clear from Plaintiff's state court complaint that Plaintiff sued The McClatchy Company and The Belleville News-Democrat. When The McClatchy Company removed the action, it failed to account not only for the citizenship of the Belleville News-Democrat, but also for that of Plaintiff's decedent, so the Court ordered The McClatchy Company to file an amended notice of removal. *See Meridian Security Ins. Co. v. Sadowski*, 441 F.3d 536 (7th Cir. 2006) (the proponent of jurisdiction must establish the requirements for subject matter jurisdiction).

The McClatchy Company filed its amended notice of removal, stating that The Belleville News-Democrat is owned and operated by Cypress Media, LLC, whose sole member is Cypress Media, Inc. Cypress Media, Inc., is incorporated under the laws of New York and has its principal place of business in California. Thereafter, Plaintiff filed a motion to remand on the basis that The McClatchy Company has failed to establish what type of entity The Belleville News-Democrat is and, therefore, what its citizenship is. A simple search on the website of the Illinois Secretary of State puts this question to rest. The Court can take judicial notice that The Belleville News-Democrat is an assumed name for Cypress Media, LLC. As stated in the amended removal papers, Cypress Media, LLC, is a citizen of New York and California. *See Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003) (for purposes of diversity jurisdiction, "[u]nincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner"). Plaintiff's motion to remand on this basis (Doc. 20) is **DENIED**. What must be alleged, however, is the citizenship of the decedent as required under § 1332(c)(2) and because of this defect, the Court is unable to determine whether diversity jurisdiction exists.

Accordingly, pursuant to 28 U.S.C. § 1653, The McClatchy Company is **ORDERED** to file a Second Amended Notice of Removal **on or before August 25, 2008**, to set forth the citizenship of Plaintiff's decedent, Jenera L. Buettikoffer. The McClatchy Company is cautioned that allegations based upon information and belief are insufficient to establish subject matter jurisdiction. *See America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992) (per curiam). If The McClatchy Company fails to file a Second Amended Notice of Removal in the manner and time prescribed or if, after reviewing it, the Court finds that The McClatchy Company

cannot establish federal subject matter jurisdiction, the Court will remand the action to the Twentieth Judicial Circuit Court, St. Clair County, Illinois, pursuant to 28 U.S.C. § 1447(c) for lack of jurisdiction. *See Guaranty Nat'l Title Co. v. J.E.G. Assocs.*, 101 F.3d 57, 59 (7th Cir. 1996) (remanding case because "[l]itigants who call on the resources of a federal court must establish that the tribunal has jurisdiction, and when after multiple opportunities they do not demonstrate that jurisdiction is present, the appropriate response is clear"); *see also Belleville Catering*, 350 F.3d at 692 ("Once again litigants' insouciance toward the requirements of federal jurisdiction has caused a waste of time and money.").

**IT IS SO ORDERED.**

DATED: 08/13/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge